UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05 CR 10112 EFH** |
| | ) | |
| V. | ) | Criminal No. |
| | ) | |
| JERRY SANTOS | ) | VIOLATIONS: |
| | ) | 21 U.S.C. §841(a)(1)-- |
| | ) | Possession with Intent to |
| | ) | Distribute Cocaine Base |
| | ) | |
| | ) | 18 U.S.C. §924(c) - |
| | ) | Possession of Firearm |
| | ) | In Furtherance of Drug |
| | ) | Trafficking Crime |

**INDICTMENT**

**COUNT ONE:**   **(21 U.S.C. §841(a)(1)- Possession with Intent To Distribute Cocaine Base)**

The Grand Jury charges that:

On or about January 12, 2005, at Brockton, in the District of Massachusetts,

**JERRY SANTOS,**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT TWO:**    (18 U.S.C. §924(c)-- Possession of Firearm in Furtherance of Drug Trafficking Crime)

On or about January 12, 2005, at Brockton, in the District of Massachusetts,

**JERRY SANTOS,**

defendant herein, in furtherance of a drug trafficking crime, to wit: knowingly and intentionally possessing with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, as charged in Count One of this Indictment, did knowingly possess a firearm.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 27, 2005. @ 12:10 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Brockton  **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jerry Santos  **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** _____  **SSN (last 4 #):** _____  **Sex** M  **Race:** _____  **Nationality:** U.S.

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Christopher F. Bator  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/27/05  **Signature of AUSA:** _____

≋JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jerry Santos

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | PWID Cocaine Base | 1 |
| Set 2 | 18 U.S.C. §924(c) | Possession of Firearm In Futherance of Drug | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**