UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal Action No. 005-10112 EFH

UNITED STATES OF AMERICA

v.

JERRY SANTOS

## MOTION FOR BAIL

The defendant in the above-entitled matter requests that the Court grant him release on bail pending trial of the above-numbered indictment. As grounds therefore, counsel states the following

1. The defendant is 21 years old. He is a lifetime resident of Massachusetts. He has lived for most of his life in Brockton. Both of his parents reside in Massachusetts. He has 1 brother and two sisters. At the time of his arrest for this offense, Mr. Santos was residing with his grandparents, Frances and Lee Harmon, at 466 Main Street, Brockton MA. I have met with both grandparents and the father, Jerry Harmon. I have had telephone contact with the mother, Tracy Santos. The grandparents are able to affirm that Jerry would live with them pending trial.

2. Prior to his arrest, Jerry was participating at a youth program at the Old Colony YMCA. A letter confirming his participation is attached hereto.

3. When Jerry was arrested, he was in Court in Brockton. He had posted bail on related state charges. He knew that the federal charges had been brought, and, nonetheless, appeared voluntarily in Court.

*Filed In Open Court*
*6/15/05*

1

By reason of the foregoing, the defendant requests that the Court schedule a hearing and grant him release on bail and whatever conditions it deems just and proper.

Respectfully submitted,

John A. Amabile
Attorney for Jerry Santos
AMABILE & BURKLY, P.C.
480 Washington Street
Dorchester MA  02124
617-436-6300
BBO # 016940

3