UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal Action No. 005-10112 EFH

UNITED STATES OF AMERICA

v.

JERRY SANTOS

## CERTIFICATE OF SERVICE

Defense counsel certifies that he served a copy of the MOTION FOR BAIL on Assistant United States Attorney Chris Bator by hand delivering him a copy at 1 Courthouse Way, Boston MA 02210 on June 15, 2005.

Respectfully submitted,

John A. Amabile
Attorney for Jerry Santos
AMABILE & BURKLY, P.C.
480 Washington Street
Dorchester MA 02124
617-436-6300
BBO # 016940

1