UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10112 EFH

JERRY SANTOS
      Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On June 15, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no supplemental discovery anticipated;

4. There is no discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 29, 2005, through May 4, 2005 (6 days) and May 4, 2005, through June 1, 2005 (28 days), for a total of one thirty-four (34) days as of June 15, 2005. The parties made oral motion to exclude the time through the final status conference. The Court orders the parties to file a written joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of June 1, 2005;

6. Trial is not necessary. Should a trial become necessary, then the estimated duration of trial is unclear;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Final Status Conference** is scheduled at **3:00 p.m.** on **July 27, 2005,** in Courtroom 24, 7th floor.

                          HONORABLE JOYCE LONDON ALEXANDER
                          U.S. MAGISTRATE JUDGE

                          By the Court:

<u>June 15, 2005</u>             <u>/S/ Rex Brown</u>
Date                         Courtroom Clerk
                            (617) 748-9238