UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
            v.                )   Criminal No. 05-10112-EFH
                              )
JERRY SANTOS                  )

**JOINT MOTION TO EXCLUDE TIME**

As indicated at the initial status conference on June 15, 2005, the parties jointly move to exclude from speedy trial calculations the time period from April 29, 2005, through July 27, 2005. In support of their motion, the parties state the following:

1. The time period from April 29, 2005, through May 4, 2005, should be excluded pursuant to 18 U.S.C. §3161(h)(1)(F) because the government's motion for detention was pending during that time.

2. The time period from May 5, 2005, through June 2, 2005, should be excluded pursuant to Local Rule 112.2(A)(2) because the defendant was arraigned on May 4, 2005.

3. The time period from June 2, 2005, through July 27, 2005, should be excluded pursuant to 18 U.S.C. §3161(h)(8) as moved by the parties at the conference on June 15, 2005, and

also pursuant to 18 U.S.C. §3161(h)(1)(F), for the time period beginning on June 14, 2005, because the defendant's Motion for Bail has been pending since that time.

|  |  |
|---|---|
| Jerry Santos<br>by his counsel<br><br>*John Amabile (CFB)*<br>John Amabile, Esq.<br>480 Washington Street<br>Dorchester, MA 02124 | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: *[signature]*<br>CHRISTOPHER F. BATOR<br>Assistant U.S. Attorney<br>Date: 7/11/05 |