UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10112-EFH

UNITED STATES OF AMERICA

v.

JERRY SANTOS

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On __July 28, 2005__, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are/are not features of case that deserve special attention or modification of the standard schedule.

2. Discovery is/is not complete and there are/are no pending motions. If there are pending motions, then the pending motions include
   __Defendant's Motion For Bail__

3. Supplemental discovery anticipated __None__

4. (a) Total amount of time ordered excluded under the Speedy Trial Act __4/29/05 - 7/27/05    - 89 days__

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence __70 days__

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act
   __7/27/05 - 7/28/05__

5. (a) The defendant does/does not intend to raise a defense of insanity.
   (b) The defendant does/does not intend to raise a defense of public authority.

6. The Government has/has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

DOCKETED

1



(b) Briefing schedule established ~~None~~ Dispositive motions Due on August 15th, Governments Response Due of august 29th.

8. Need for schedule concerning any matter in the case other than trial __Possible motion to suppress.__

9. Possibility of early resolution of case without trial __Yes, unclear.__

10. Trial is / is not necessary. Estimated duration of trial
    __Unclear if trial is necessary.  4-5 trial days.__

11. Other matters __None.__

This case is hereby returned to the District Judge.

IT IS HEREBY ORDERED THAT

Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.

Date 7/28/05

By the Court,

George H. Howard
Deputy Clerk