UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-10112-EFH |
| | ) |
| JERRY SANTOS | ) |

## ASSENTED-TO MOTION TO EXCLUDE TIME

The United States, with the assent of the defendant, moves to exclude the time from July 28, 2005, (the date of the Final Status Conference) until the date on which the defendant files his motion to suppress from speedy trial calculations. In support of its motion, the United States says the following.

1. At the status conference on July 28, 2005, the court, MJ Alexander, scheduled dispositive motions to be filed by August 15, 2005. The defendant indicated he intended to file a motion to suppress.

2. Defendant's counsel has indicated to the government that he still intends to file a motion to suppress.

3. The parties seek to exclude from speedy trial

calculations the time from the status conference until the defendant files his motion to suppress.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Assented-to:　　　　　　　　By: _____
　　　　　　　　　　　　　　　　CHRISTOPHER F. BATOR
Jerry Santos　　　　　　　　　Assistant U.S. Attorney
by his counsel,

Date: 9/7/05

_John Amabile (C.F.B.)_
John Amabile, Esq.
480 Washington Street
Dorchester, MA 02124

## CERTIFICATE OF SERVICE

　　I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon John Amabile, Esq. by first class mail.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: 9/7/05

2