# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

        v.                            CR. NO.: 05-10112-EFH

JERRY SANTOS,
        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

September 8, 2005

HARRINGTON, S.D.J.

    The Assented-To Motion of the United States to Exclude Time is allowed from July 28, 2005 until on or before November 7, 2005.

    SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge