# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA

        v.                          CR. NO.: 05-10112-EFH

JERRY SANTOS,
                Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

December 14, 2005

HARRINGTON, S.D.J.

      The Defendant Santos is ordered to file any motion to suppress evidence on or before January 14, 2006.

      SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge