UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-CR-10112-EFH

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | ASSENTED TO |
| | ) | MOTION TO SET STATUS |
| V. | ) | HEARING AND TO EXCLUDE |
| | ) | TIME |
| JERRY SANTOS | ) | |

The parties request that the Court schedule a status hearing in the above-entitled matter request that the Court schedule a status hearing on March 16 or 17. The parties further move that the time up to and including that date be excluded from the speedy trial calculation. As grounds for the Motion, the parties state that the defendant is presently in an in patient drug rehabilitation program and consents to the exclusion which he is scheduled to complete at the end of February. The United States Attorney is presently engaged in a trial which is likely to continue until the first week ion March.

Chris Bator
United States Attorney's Office
1 Courthouse Way
Boston MA  02210
(617) 348-3101

Respectfully submitted,

John A. Amabile
Amabile & Burkly, P.C.
Attorney for the Petitioner
13 Falmouth Heights Road
Falmouth MA  02540
(508) 540-0362
BBO # 016940