# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRY SANTOS | CR. NO.: 05-10112-EFH |

## SCHEDULING ORDER

February 21, 2006

HARRINGTON, S.D.J.

    A Status Conference and a hearing on Motion to Exclude Time in this case is scheduled for **Thursday, March 16, 2006**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                               /s/ Edward F. Harrington<br>
                                               EDWARD F. HARRINGTON<br>
                                               United States Senior District Judge