AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JERRY SANTOS<br>15 Wall Street<br>Canton, MA 02021-2961<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 05-CR-10112-EFH |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Boston, MA 02210 | COURTROOM # 24 |
| | Date and Time |
| Before: Magistrate Judge Joyce London Alexander | 3/29/2006 2:30 pm |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title **21** United States Code, Section(s) **841(a)(1)**

Brief description of offense:

Possession with Intent to Distribute Cocaine

NOTE: You are to report to the Pretrial Services Department located in Room 1300 2 hours before the hearing. You have the right to hire your own attorney, if you are unable to afford one, please fill out the financial affidavit provided and bring it with you on the date of your hearing.

Signature of Issuing Officer

Jarrett Lovett, Deputy Courtroom Clerk
Name and Title of Issuing Officer

3/15/2006
Date

PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

Jerry Santos                    Docket No. 05-10112-EFH

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant , who was placed under pretrial release supervision by the Honorable Joyce London Alexander, on 3/22/2006 under the following conditions:

Stay out of Brockton except for treatment, drug testing, lawyer visits, family visits. (With advance notice and permission of Pretrial Services)

And respectfully seeks action by the Court and for cause as follows:
(Insert here or if lengthy, attach on a separate sheet)

Please see attached memorandum

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a Warrant

☒ Issue a Summons for the defendant to appear for a show cause hearing

☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 3/3/2006          Place: Boston, Massachusetts

*John R. Riley*
John R. Riley                         Date: 3/3/2006
U.S. Pretrial Services Officer

ORDER OF COURT

☐ Warrant to Issue

☒ Summons to issue. Clerk to schedule show cause hearing.

☐ Other:

Considered and ordered this __6th__ day of __MARCH__, 20_06_, and ordered filed and made part of the record in the above case.

Judicial Officer