# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR. NO.: 05-10112-EFH |
| JERRY SANTOS | |

## **SCHEDULING ORDER**

May 23, 2006

HARRINGTON, S.D.J.

Disposition in this case is scheduled for **Wednesday, September 6, 2006**, at 2:00 P.M., in Courtroom No. 13 on the Fifth Floor.

SO ORDERED.

                                                                    /s/ Edward F. Harrington  
                                                                    EDWARD F. HARRINGTON  
                                                                    United States Senior District Judge