UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.            )<br>)<br>JERRY SANTOS          ) | CRIMINAL NO. 05-10112-EFH |

**MOTION TO AWARD DEFENDANT THIRD ACCEPTANCE POINT**

The United States of America moves pursuant to United States Sentencing Guideline § 3E1.1(b) to decrease Jerry Santos' offense level by one level (in addition to the two level reduction pursuant to United States Sentencing Guideline § 3E1.1(a)).

In support of its motion, the Government states that the Defendant has timely notified authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: September 6, 2006

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon all counsel of record by electronic filing notice.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: September 6, 2006