How are you doing Mr. Judge Harrington? I am writing this letter because I'm truly sorry for what I have done. I wasn't in my right state of mind when I was on the streets because of my addiction to drugs. My addiction to drugs got me in this situation. I have never been to adult prison before, so I am really scared and nervous. I am hoping to get the 500 hour drug program while I'm in prison to continue my rehabilitation. Spectrum Health System has helped me a lot, and Judy Oxford my pretrial probation officer, also the Magistrate Judge Alexander. I really thank them, they saved my life. When I was released from Spectrum I continued to stay clean and sober and I really felt good about myself because my family was proud of me. When I'm released I plan on going to Massasoit Community College to study computers, business, and science. I want to thank you for giving me the extra 30 days to be with my family I really had a good time. I also want to thank you for taking the time